# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2018

## NO. 03-17-00308-CV

**Douglas Brannick and Joyce Brannick, Appellants**

**v.**

**Aurora Loan Services, LLC; Aurora Bank, FSB; Nationstar Mortgage, LLC; and Citibank, N.A., as Trustee for Lehman XS Trustmortgage Pass-Through Certificates, Series 2006-7, Appellees**

### APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on February 13, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.